WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE RALI 2006QA5,<br><br>Plaintiff<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:19-cv-00434-CDS-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO EXTEND STAY CASE [ECF NO. 30]**<br><br>(First **Request**) |

COMES NOW, Plaintiff, Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5 ("Deutsche Bank") and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

1. On February 17, 2023, NATIC filed a Motion to Extend Stay Case [ECF No. 30];
2. Deutsche Bank's deadline to respond to NATIC's Motion to Extend Stay Case is currently March 3, 2023;
3. Deutsche Bank's counsel is requesting a brief one-week extension until March 10, 2023, to provide additional time for counsel to review and respond to the points and authorities cited to in the pending Motion;

/ / /

/ / /

4. Counsel for NATIC does not oppose the requested extension;

5. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of March, 2023.                    DATED this 3rd day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP                              EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ *Lindsay D. Dragon, Esq.*                          /s/ *Sophia S. Lau, Esq.*
Lindsay D. Dragon, Esq.                                Sophia S. Lau, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                         8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                    Las Vegas, NV 89148
*Attorneys for Plaintiff, Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5*    *Attorneys for Defendant North American Title Insurance Company*

**IT IS HEREBY ORDERED** that Deutsche Bank's deadline to respond to NATIC's Motion to Extend Stay Case is extended to March 10, 2023, *nunc pro tunc*, to the date of the request.

_____
UNITED STATES DISTRICT JUDGE
DATED: March 6, 2023