Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE RALI 2006QA5,<br><br>    Plaintiff<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:19-cv-00434-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

     Plaintiff, Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5 ("Plaintiff") and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their respective counsels of record, hereby stipulate and agree as follows:

///

///

///

///

///



1
**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint [ECF No. 1] is dismissed in its entirety with prejudice with each party to bear its own fees and costs.

| | |
|---|---|
| DATED this 26th day of April, 2024. | DATED this 26th day of April, 2024. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ - Yanxiong Li* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> Yanxiong Li, Esq. <br> Nevada Bar No. 12807 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, Deutsche Bank Trust Company Americas as Trustee RALI 2006QA5* | */s/- Scott E. Gizer* <br> Scott E. Gizer, Esq. <br> Nevada Bar No. 12216 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant North American Title Insurance Company* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 2, 2024



2
**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**